IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-0131-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| THOMAS VILSACK, CHESTER CULVER, DAVID VAUDT, CHARLES GRASSLEY, TOM HARKIN, | ) | IN A CIVIL CASE |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Vincent F. Rivera, take nothing and this complaint is dismissed without prejudice.

Dated: September 26, 2006        PRIDGEN J. WATKINS
                                          Clerk

                                         /s/ des
                                         (By) Deputy Clerk

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des 9/26/06